# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-3937

———————

Carolyn Martin,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Arkansas.
University of Arkansas                         *
Board of Trustees,                            *   [UNPUBLISHED]
                                              *
            Appellee.                         *

———————

Submitted: May 26, 2010
    Filed: May 26, 2010

———————

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Carolyn Martin appeals the district court's[1] adverse grant of summary judgment in her pro se employment-discrimination and retaliation suit against her former employer. Having carefully reviewed the record and considered Martin's arguments, see Gordon v. Shafer Contracting Co., 469 F.3d 1191, 1194 (8th Cir. 2006) (de novo standard of review), we affirm the district court's judgment. See 8th Cir. R. 47B.

—————————————

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.